

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2019

No. 04-18-00975-CV

**IN RE** Abelardo G. **GONZALES**,
Appellant

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017 FLI 001815 C3
Missy Medary, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

    The Relator's Motion for Extension of Time to File Motion for Reconsideration is hereby GRANTED. Time is extended until February 15, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court